AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
## for the
### Middle District of Pennsylvania

| United States of America | ) | | |
| --- | --- | --- | --- |
| v. | ) | Case No. | 5:18-MJ-79 |
| | ) | | |
| JOHN JACOB HASAY | ) | | |
| *Defendant* | | | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Max Rosenn United States Courthouse<br>197 South Main Street<br>Wilkes-Barre PA 18701 | Courtroom No.: | 1 |
| --- | --- | --- | --- |
| | | Date and Time: | August 30, 2018 at 2:30 p.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: Aug 23, 2018

*Judge's signature*

JOSEPH F. SAPORITO, JR.
United States Magistrate Judge
*Printed name and title*